UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONWIDE INSURANCE COMPANY and 59
SOUTH 4TH, LLC,

                    Plaintiffs,           21-cv-3904 (JGK)

      - against -                ORDER

UNITED SPECIALTY INSURANCE COMPANY,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 28, 2021.

    SO ORDERED.

Dated:   New York, New York
        May 14, 2021

                          John G. Koeltl
                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-14-21

1