UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONWIDE INSURANCE COMPANY
and 59 SOUTH 4TH, LLC,

                       Plaintiffs,

               -against-

UNITED SPECIALTY INSURANCE COMPANY,
                     Defendant.
-----------------------------------------------------------X

21 civ 3904 (JGK)

## ORDER

A pre-motion conference will be held on **Tuesday, June 1, 2021, at 2:30pm.** Dial-in: 888 363-4749, with access code 8140049.

The clerk is directed to close docket 11 as a letter motion.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 20, 2021