UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONWIDE INSURANCE COMPANY and 59
SOUTH 4TH, LLC,

                    **Plaintiffs,**

    - against -

UNITED SPECIALTY INSURANCE COMPANY,

                  **Defendant.**

21 cv 3904 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The plaintiffs' motion for summary judgment is due July 2, 2021. The defendant's response is due July 30, 2021. The reply is due August 13, 2021. Discovery and disclosure are stayed until a decision on the motion for summary judgment.

    **SO ORDERED.**

**Dated:**    **New York, New York**
              **June 1, 2021**

                               **John G. Koeltl**
                     **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6 · 1 · 21